IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM J. MEIS, D.O., III : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| : | NO. 24-966 |
| ARIA HEALTH PHYSICAN SERVICES : | |

## ORDER

AND NOW, this 25th day of June, 2025, upon consideration of Defendant's Motion for Summary Judgment (Dkt. #46), Plaintiff's response (Dkt. 48) and the reply thereto (Dkt. 52) it is ORDERED that the Motion is GRANTED in part and DENIED in part. The Motion is GRANTED as to Counts I and II. All allegations of age discrimination are hereby DISMISSED WITH PREJUDICE. The Motion is DENIED as to Counts III and IV, alleging disability discrimination. The Court will schedule a Pretrial Conference to schedule trial and associated deadlines for the counts regarding disability discrimination .

BY THE COURT:

_____
GAIL WEILHEIMER        J.